

```
                                        FILED
                                     DES MOINES, IOWA
      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF IOWA       01 JAN 19 PM 2:44
            CENTRAL DIVISION       CLERK U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF IA
```

United States of America,  )
    Plaintiff,           ) Civ. No. 4-00-CV-80088
                          )
    v.                    )
DEAN H. LARSON,             )
    Defendant(s),         )
                          )
    and                   )
MADDEN LTD                  )
    Garnishee             )

## ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____.

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _Secretary_ of Garnishee, _Madden, Ltd._ a corporation, organized under the laws of the State of _Iowa_.

a.

On ___January 17___, 2001, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No

_✓_ ___   1.   Defendant was in my/our employ.

          2.   Pay period is _✓_ weekly, ___ bi-weekly

               _____ semi-monthly, _____ monthly.

               Enter date present pay period began. 1-14-01

               (Present means the pay period in which this order and notice of garnishment were served)

               Enter date above pay period ends. 1-20-01

          3.   Enter amount of net wages. Calculate below:

               (a) Gross Pay                $ 843.82

               (b) Federal income tax      42.99

               (c) F.I.C.A. income tax      47.90

               (d) State income tax        33.41

               Total of tax withholdings    $ 124.30

               Net Wages                $ 719.52   Actually Net was
               (a less total of b,c,d)                    $610.14

_✓_ ___   4.   Have there been previous garnishments in effect.

               If the answers is yes, describe below.

       Child Support - he pays $57.38 per week

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:   N/A

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

____ [The Garnishee makes the following claim of exemption on the part of Defendant:]

____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, DEAN H. LARSON,

and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Dean H. Larson at P.O. Box 45, Boone, Iowa 50036 and (2) the attorney for the United States, Gary L. Hayward, 110 U.S. Courthouse Annex, Des Moines, IA 50309.

_____

MADDEN LTD

Garnishee


Subscribed and sworn to before me this
18th day of January 2001.

_____
Notary Public
(Seal)

DARCY BOSCH
MY COMMISSION EXPIRES
5-12-2003

My Commission expires: 5-12-2003

**ATTACHMENT TO ANSWER OF GARNISHEE**

The Original Answer must be mailed to:

    Clerk, United States District Court

    200 U.S. Courthouse, Des Moines, IA   50309

and a copy of this Answer to:

    United States Attorney

    110 U.S. Courthouse Annex

    Des Moines, IA   50309

    Attention:   Financial Litigation Unit